UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORA LASHAM,

                          Plaintiff,

          v.

SKY WEST AIRLINES, INC., et al.,

                          Defendants.

CASE NO. 2:19-cv-00758-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District Judge Ricardo S. Martinez.

DATED this 22nd day of May, 2019.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge